UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MARLENE FRIAS, as Parent and Natural Guardian of :
A.F., and MARLENE FRIAS, Individually, :
:
:
Plaintiffs, :
:
-v-  :  25 Civ. 5936 (JPC)
:
MELISSA AVILES-RAMOS, in her official capacity as : ORDER
Chancellor of the New York City Department of :
Education, and the NEW YORK CITY DEPARTMENT :
OF EDUCATION, :
:
Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On September 10, 2025, Plaintiffs moved for a temporary restraining order or a preliminary injunction.  Defendants should file their response to this motion by September 24, 2025.  Plaintiffs may file a reply by October 1, 2025.

SO ORDERED.

Dated: September 10, 2025
       New York, New York                    _____
                                             JOHN P. CRONAN
                                             United States District Judge