UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MARLENE FRIAS, as Parent and Natural Guardian of :
A.F., and MARLENE FRIAS, Individually, :
:
Plaintiffs, :
:
-v-                                       :         25 Civ. 5936 (JPC)
:
MELISSA AVILES-RAMOS, in her official capacity as :         ORDER
Chancellor of the New York City Department of :
Education, and the NEW YORK CITY DEPARTMENT :
OF EDUCATION, :
:
Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    On September 11, 2025, Plaintiffs filed a second motion for a temporary restraining order or a preliminary injunction. In light of this latest motion, Defendants deadline to file an opposition to both emergency motions is extended until September 25, 2025. Plaintiffs may file a reply by October 2, 2025.

    SO ORDERED.

Dated: September 12, 2025
       New York, New York

                                                          JOHN P. CRONAN
                                                          United States District Judge