```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                            :
MARLENE FRIAS, as Parent and Natural Guardian of            :
A.F., and MARLENE FRIAS, Individually,                      :
                                                            :
                            Plaintiff,                      :
                                                            :
            -v-                                             :    25 Civ. 5936 (JPC)
                                                            :
MELISSA AVILES-RAMOS, in her official capacity as           :         ORDER
Chancellor of the New York City Department of               :
Education, and the NEW YORK CITY DEPARTMENT                 :
OF EDUCATION,                                               :
                                                            :
                            Defendants.                     :
                                                            :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 30, 2025, the Court held a telephonic conference in this case. As discussed at that conference, Defendants' deadline to file their anticipated motion to dismiss is extended until November 10, 2025. Plaintiff's deadline to file an opposition to such motion is extended until November 26, 2025, and Defendants' deadline to file a reply is extended until December 5, 2025. As further discussed at the conference, the Court stays discovery pending resolution of Defendants' motion to dismiss, without prejudice to any application to commence discovery at an earlier date.

SO ORDERED.

Dated: November 10, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge