UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                              :
MARLENE FRIAS, as Parent and Natural Guardian of        :
A.F., and MARLENE FRIAS, Individually,                        :
                                                              :
                              Plaintiff,                      :
                                                              :
              -v-                                             :          25 Civ. 5936 (JPC)
                                                              :
MELISSA AVILES-RAMOS, in her official capacity as       :          ORDER
Chancellor of the New York City Department of                :
Education, and the NEW YORK CITY DEPARTMENT       :
OF EDUCATION,                                                :
                                                              :
                              Defendants.                     :
                                                              :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On February 20, 2026, Plaintiff submitted a motion for a temporary restraining order and preliminary injunction.  Dkt. 60.  This is Plainitff's third motion for a temporary restraining order in this case.  *See* Dkts. 18, 28.  Before this motion, Plaintiff's most recent request for emergency relief was voluntarily withdrawn on October 24, 2025.  Dkt. 45.

In support of her latest motion, Plaintiff attaches an email from Chesky Jacobowitz, purportedly an employee of a nursing care provider, which indicates that the provider will stop offering nursing services if Plaintiff does not pay an outstanding balance of over $140,000 by March 5, 2026.  Dkt. 60-2, Exh. A.  No later than March 3, 2026, Plaintiff must file a letter explaining whether these nursing services are part of A.F.'s education services and whether a judgment in Plaintiff's favor would cure the entire funding shortfall.  By that same date, the parties shall jointly confer and file a joint letter explaining their views on whether and to what extent the Court should authorize discovery in connection with Plaintiff's latest motion for emergency relief, including but not limited to the disclosure of financial records and a deposition of Jacobowitz.  By

March 6, 2026, Defendants may file a letter response regarding any additional issues they wish to

bring to the Court's attention.

      SO ORDERED.

Dated: February 24, 2026
      New York, New York

                               JOHN P. CRONAN
                         United States District Judge

2